In the Matter of JOHN A. MULLEN, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued December 2, 1948; decided December 3, 1948.

*William J. O'Shea, Jacob Markowitz, Edward D. Burns* and *Alexander I. Rorke* for appellant.

*Robert P. Patterson, Charles H. Tuttle, Samuel M. Blinkin, Benjamin Gassman, Paxton Blair* and *Louis J. Lefkowitz* for respondents.

*Walter M. Weis* for The City Club of New York, *amicus curiæ*, in support of respondents' position.

*Samuel M. Birnbaum* for The American Legion Department of New York, *amicus curiæ*, in support of respondents' position.

Order affirmed, without costs upon the ground that the Special Term was without jurisdiction of the proceeding under section 330 of the Election Law. (See *Matter of Hogan* v. *Supreme Court*, 281 N. Y. 572, and *Matter of Commerdinger* v. *Vincent*, 246 App. Div. 834, affd. 270 N. Y. 657.) We pass upon no other question. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.